UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Freddie Lee Livingston,

Petitioner,

vs. ORDER

Sheryl Ramstad Hvass,
Commissioner of the
Minnesota Department
of Corrections,

Respondent. Civ. No. 01-2117 (DSD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of January, 2002.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Motion to Extend Time for Filing Response to Petition for Habeas Corpus Relief. Good cause has been shown.

WHEREFORE, it is --

ORDERED:

1. That the Respondent's Motion to Extend Time for Filing Response to Petition for Habeas Corpus Relief is GRANTED.

(7)

FILED JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That the Respondent shall be, and hereby is, granted an extension of time until **January 22, 2002**, in which to file her Response to the Petition for Writ of Habeas Corpus.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE