UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Freddie Lee Livingston,

Petitioner,

vs. ORDER

Sheryl Ramstad Hvass,
Commissioner of the
Minnesota Department of
Corrections,

Defendant. Civ. No. 01-2117(DSD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7th day of February, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Response to a Petition for a Writ of Habeas Corpus. The Response was filed on January 28, 2002, and requests that the Petition be denied and the case dismissed without an evidentiary Hearing.

In order to facilitate the disposition of the Petition, and the Respondent's request for dismissal, it is --

ORDERED:

9

FILED FEB 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

That the Petitioner shall have until **February 27, 2002**, in which to respond, should he choose, to the Respondent's submission to the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE