**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Freddie Lee Livingston,

Petitioner,

**ORDER**

vs.

Sheryl Ramstad Hvass, Commissioner of the Minnesota Department of Corrections,

Civ. No. 01-2117 (DSD/RLE)

Respondent.

---

1. On November 20, 2001, the Petitioner filed an Application for Habeas Corpus Relief.

2. The Court issued an Order dated November 26, 2001 that directed the Respondent to show cause, within 20 days from the date of the Order, why relief should not be granted.

3. The 20-day period passed without a response from the Respondent.

4. On December 28, 2001, the Respondent filed a motion seeking an extension of time for filing the response, stating that the Respondent did not get a copy of the Court's November 26, 2001 Order.

5. The Respondent has established good cause for an extension of time for filing its response.

**IT IS HEREBY ORDERED:**

1. That the Respondent's Motion to Extend Time for Filing Response to the Petition for Habeas Corpus Relief is granted.

FILED JAN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK J.H.

2. That the Respondent is directed to show cause, within 20 days from the date of this Order, why relief should not be granted.

**BY THE COURT:**

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

January 7, 2002
at Duluth, Minnesota

I:\CIVATTY\MSC\APPEALS\01\Livingston\Habeas Corpus\proposed order-time extension.wpd

# AFFIDAVIT OF SERVICE BY U. S. MAIL

**Re:** **Freddie Lee Livingston vs. Sheryl Ramstad Ilvass, Commissioner of the Minnesota Department of Corrections**
**United States District Court Civ. No. 01-2117 (DSD/RLE)**

STATE OF MINNESOTA )
) ss.
COUNTY OF ANOKA )

Kim M. Murdoff, of the City of Champlin, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the 3rd day of January, 2002, she served the proposed Order to the State's Motion to Extend Time for Filing Response to Petition for Habeas Corpus Relief upon Freddie Lee Livingston, Attorney Pro Se, by mailing to Mr. Livingston one copy thereof, enclosed in an envelope, postage prepaid, and by depositing same in the post office at Anoka, Minnesota, directed to Mr. Livingston at his last known address as follows:

Freddie Lee Livingston, #198569
c/o Sherburne County Jail
13880 Highway 10 Northwest
Elk River, Minnesota 55330-4609

Kim M. Murdoff

Subscribed and sworn to before me this
3rd day of January, 2002.

Joann C. Sutton
Notary Public

JOANN C. SUTTON
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005