UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Freddie Lee Livingston,

Petitioner,

vs. ORDER

Sheryl Ramstad Hvass,
Commissioner of the
Minnesota Department of
Corrections,

Respondent. Civ. No. 01-2117 (DSD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 11th day of March, 2002

* * *

This matter is before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Petitioner's Motion for an Order granting an extension of time in which to file his response to the Respondent's Motion, which requests that the Petition for a Writ of Habeas Corpus be denied, and that the case be dismissed without an evidentiary Hearing, and for a reconsideration of his Motion for Appointment of Counsel. For reasons expressed, we grant his Motion for an extension of time, but deny his request that we reconsider his Motion for Appointment of Counsel.

24

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK MD

First, the Petitioner seeks an extension of time, until March 27, 2002, in which to file his response to the Respondent's Motion to Deny the Petition for Writ of Habeas Corpus without an evidentiary Hearing. The reason for the request is that the Law Librarians at the Minnesota Correctional Facility in Stillwater, Minnesota, are going to be gone until mid-March, 2002, thereby hindering the Petitioner's ability to file a cogent response. On this Record, we conclude that there is good cause for the extension, and we direct the Petitioner to file his response to the Respondent's request by no later than March 27, 2002.

Next, the Petitioner requests that we reconsider his Motion for Appointment of Counsel, which we initially denied on December 27, 2001. Docket No. 6. The Petitioner asserts no "compelling circumstances" which would allow us to reconsider our previous decision. See, Local Rule 7.1(g), Local Rules for the United States District Court for the District of Minnesota (directing that a Motion for Reconsideration will only be granted on a showing of "compelling circumstances"). Rather the Petitioner only states that an attorney is necessary "so that [his] Petition would be successful, and all grounds covered." Docket No. 22. Of course, an appointment of an attorney would not guarantee that the Petitioner's Writ would be granted, and we conclude that he has not shown that the circumstances which lead to our previous denial of

his Motion for Appointment of Counsel are no longer accurate. Accordingly, we find no legitimate basis upon which to reconsider the Petitioner's Motion for Appointment of Counsel.

NOW, THEREFORE, It is --

ORDERED:

1. That the Petitioner's Motions for an Extension of Time to Respond [Docket Nos. 20 and 21] are GRANTED.

2. That the Petitioner shall be, and hereby is, granted an extension of time until **March 27, 2002**, in which to file his response in this matter.

3. That the Petitioner's request that we reconsider his Motion for Appointment of Counsel [Docket No. 22] is DENIED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE