UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.01-2117 (DSD/RLE)

Freddie Lee Livingston,

Petitioner,

v.

**ORDER**

Sheryl Ramstad Hvass, sued as Sharly Ramstad Hvass, Commissioner of the Minnesota Department of Corrections,

Respondent.

Freddie Lee Livingston, Pro Se, Minnesota Correctional Facility, 1000 Lakeshore Drive, Moose lake, Minnesota 55767.

Robert M. A. Johnson, Esq. and Marcy S. Crain, Esq., Anoka County Attorney Office, Anoka County Government Center, 2100 Third Avenue, Anoka, Minnesota 55303-2265, counsel for respondent.

This matter is before the court upon the objections of petitioner Freddie Lee Livingston to Magistrate Judge Raymond L. Erickson's Report and Recommendation, dated February 4, 2002 [Doc. No. 15]. In that report, the magistrate judge recommended that petitioner's motion for default judgment be denied as moot. While petitioner objects to the magistrate judge's report and recommendation to deny petitioner's motion for default judgment, after a de novo review of the record, the court adopts the magistrate judge's recommendation.

APR [illegible]
FILED
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

In particular, the magistrate judge correctly determined that the respondent appropriately responded to petitioner's petition for a writ of habeas corpus. Petitioner complains that the respondent failed to respond to his petition in accordance with the magistrate judge's order dated November 26, 2001, in which the magistrate judge directed the respondent to respond within twenty days thereafter. (See Doc. No. 3.) However, as the magistrate judge points out, petitioner fails to recognize that, upon respondent's request, the court extended her time to respond to January 28, 2002. (See Doc. No. 10.) The respondent complied with the magistrate judge's order by submitting her response on January 28, 2002. (See Doc. No. 11 and 12.) Therefore, the court adopts the magistrate judge's recommendation to deny petitioner's motion for a default judgment as moot.

Accordingly, **IT IS HEREBY ORDERED** that petitioner's motion for default judgment is **DENIED AS MOOT** [Doc. No. 13].

Dated: April 17, 2002

David S. Doty, Judge
United States District Court