UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2117(DSD/RLE)

Freddie Lee Livingston,

Petitioner,

v. **ORDER**

Sheryl Ramstad Hvass,
Commissioner of Corrections,

Respondent.

Based upon the report and recommendation by United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records, in the above-entitled matter,

**IT IS HEREBY ORDERED** that petitioner's motion to remove libel, slander, malice and defamation, etc. off MN-Doc's Web-Site (Docket No. 25) is denied as moot.

Dated: October 15, 2002

Judge David S. Doty
United States District Court

OCT 15 2002
FILED
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials