UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2117(DSD/RLE)

Freddie Lee Livingston,

Petitioner,

v.

**ORDER**

Sheryl Ramstad Hvass,
Commissioner of Corrections,

Respondent.

This matter is before the court upon petitioner Freddie Lee Livingston's "amendment to petition for writ of habeas corpus pursuant to 18 U.S.C. § 2254." The court construes that motion as a motion for leave to amend his petition for writ of habeas corpus. Because petitioner's habeas corpus petition has been dismissed by the court, petitioner's motion for leave to amend his petition is moot. Accordingly, **IT IS HEREBY ORDERED** that petitioner's motion to amend his petition for writ of habeas corpus is denied as moot.

Dated: December 20, 2002

David S. Doty, Judge
United States District Court

FILED 12-20-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK