UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2117(DSD/RLE)

Freddie Lee Livingston,

Petitioner,

v. **ORDER**

Sheryl Ramstad Hvass,
Minnesota Department of
Corrections, Commissioner,

Respondent.

Based upon the report and recommendation by United States Magistrate Judge Raymond L. Erickson dated July 24, 2002, all the files and records, and no objections having been filed to said report and recommendation;

**IT IS HEREBY ORDERED** that the petition for writ of habeas corpus (Docket No. 1) is denied, but without prejudice.

Dated: December 19, 2002

Judge David S. Doty
United States District Court

FILED 12-20-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 12-20-02
Deputy Clerk's Initials ______