AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Freddie Lee Livingston

V.

Sheryl Ramstad Hvass

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2117 DSD/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that the petition for writ of habeas corpus is denied, but without prejudice

December 20, 2002
Date

RICHARD D. SLETTEN, CLERK

Victoria Moralez
(By) Victoria Moralez, Deputy Clerk

37