UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2117(DSD/RLE)

Freddie Lee Livingston,

Petitioner,

v.

**ORDER**

Joan Fabian, Commissioner
of the Minnesota Department
of Corrections,

Respondent.

This matter is before the court upon petitioner's application for certificate of appealability [Doc. No. 41]. Under the Antiterrorism and Effective Death Penalty Act of 1996, an appeal may not be taken from a final order in a habeas proceeding unless a "circuit justice or judge issues a certificate of appealability." 28 U.S.C. § 2253(c)(1). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This court has jurisdiction to issue a certificate of appealability. See Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997).

A certificate of appealability should not issue merely because the appeal is brought in good faith and raises a "non-frivolous" issue. Kramer v. Kemna, 21 F.3d 305, 307 (8th Cir. 1994). Instead, the applicant must show "that the issues are debatable

FEB 21 2003

FILED ____________
Richard D. Sletten, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994), cert. denied, 513 U.S. 946 (1994) (citing Lozado v. Deeds, 498 U.S. 430, 432 (1991)).

After reviewing the file, record and proceedings herein, the court concludes that petitioner has failed to meet the requisite showing for this court to issue a certificate of appealability. Accordingly, **IT IS HEREBY ORDERED** that petitioner's application for a certificate of appealability is denied.

Dated: February 19, 2003

David S. Doty, Judge
United States District Court