UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2117(DSD/RLE)

Freddie Lee Livingston,

Petitioner,

v. **ORDER**

Sheryl Ramstad Hvass, Sued as Sharly Ramstad Hvass Mn-Doc-Commissioner, Attorney General of the State of Minnesota,

Respondents.

This matter is before the court upon petitioner's application for leave to proceed in forma pauperis ("IFP") on appeal. Petitioner is attempting to appeal the court's denial of his petition for writ of habeas corpus [Docket No. 36].

A litigant who seeks to be excused from paying the filing fee for an appeal in a federal case may apply for IFP status under 28 U.S.C. § 1915. See also Fed. R. App. P. 24(a). To qualify for IFP status, the litigant must demonstrate that he or she cannot afford to pay the full filing fee. 28 U.S.C. § 1915(a)(1). Even if a litigant is found to be indigent, however, IFP status will be denied if the court finds that the litigant's appeal is not taken in "good faith." 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). Good faith in this context is judged by an objective standard and not by the subjective beliefs of the appellant. Coppedge v. United

APR 11 2003
FILED ______
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

States, 369 U.S. 438, 444-45 (1962). To determine whether an appeal is taken in good faith, the court must decide whether the claims to be decided on appeal are factually or legally frivolous. Id. An appeal is frivolous, and therefore cannot be taken in good faith, "where it lacks an arguable basis in either law or in fact." Nietzke v. Williams, 490 U.S. 319, 325 (1989).

In this case, petitioner's IFP application, [Docket No. 44], shows that petitioner has no source of income. The only money petitioner has is $5.80 on account at the institution where he is incarcerated. Based upon the information reported in petitioner's IFP application, the court is satisfied that he is financially eligible for IFP status.

Furthermore, while the court does not believe that petitioner has any meritorious grounds for an appeal,[1] the court is not prepared to say that his appeal is "frivolous," as that term has been defined by the Supreme Court. Therefore, petitioner's appeal is found to be taken in "good faith" for purposes of 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), and his IFP application is granted.

Accordingly, based upon the foregoing, and all of the files and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's

---

[1]The court has already determined that petitioner is not entitled to a certificate of appealability.

application to proceed in forma pauperis on appeal [Docket No. 44] is granted.

Dated: April 10, 2003

David S. Doty, Judge
United States District Court