# U...TED STATES COURT OF . .'PEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1562

| | | |
|---|---|---|
| Freddie Lee Livingston,<br><br>Appellant,<br><br>vs.<br><br>Sheryl Ramstad Hvass, sued as Sheryl Ramstad Hvass, Mn-DOC Commissioner; Attorney General of the State of Minnesota,<br><br>Appellees. | * | CV01-2117 DSD/RLE<br>Appeal from the United States District Court for the District of Minnesota |

Before BYE, FAGG, and BOWMAN, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

August 5, 2003

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

(47)

FILED 8·28·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK JEM